UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| COURTHOUSE NEWS SERVICE; VERMONT PRESS ASSOCIATION, INC.; NEW ENGLAND FIRST AMENDMENT COALITION; GRAY MEDIA GROUP, INC. d/b/a WCAX-TV; GANNETT VERMONT PUBLISHING, INC. d/b/a *Burlington Free Press*; SAMPLE NEWS GROUP, LLC d/b/a *Barre-Montpelier Times Argus* and *Rutland Herald*; *VTDigger*, a project of the VERMONT JOURNALISM TRUST, LTD.; VERMONT COMMUNITY NEWSPAPER GROUP, LLC d/b/a *Stowe Reporter*, *News & Citizen*, *South Burlington Other Paper*, *Shelburne News*, and *The Citizen*; and DA CAPO PUBLISHING, INC. d/b/a *Seven Days*, <br><br>    Plaintiffs <br><br>        v. <br><br> TERI CORSONES, in her official capacity as the State Court Administrator of the Supreme Court of the State of Vermont; AMANDA STITES, in her official capacity as Clerk of Court for Addison, Bennington, and Rutland Counties; MARGARET VILLENEUVE, in her official capacity as Clerk of Court for Caledonia, Essex, Orleans, and Washington Counties; CHRISTINE BROCK, in her official capacity as Clerk of Court for Chittenden County; GAYE PAQUETTE, in her official capacity as Clerk of Court for Franklin, Grand Isle, and Lamoille Counties; and ANNE DAMONE, in her official capacity as Clerk of Court for Orange, Windham, and Windsor Counties, <br><br>    Defendants | Case No. 21-cv-00132-cr |

## JOINT PROPOSED BRIEFING SCHEDULE

The parties have conferred pursuant to the Court's amended judgment dated September 5, 2025 (Doc. 95), and reached agreement on the following briefing schedule to address Plaintiffs' claims for attorneys' fees and costs:

- October 17, 2025 – Deadline for Plaintiffs to file motion.

- November 18, 2025 – Deadline for Defendants to file opposition to motion.

- December 9, 2025 – Deadline for Plaintiffs to file reply in support of motion.

Concurrent with the filing of the motion, Plaintiffs will withdraw the previously-filed motion for attorneys' fees (Doc. 67) so that Plaintiffs' claims for all district court and appellate fees incurred to date can be addressed in the motion to be filed on October 17, 2025.

Respectfully submitted,

Dated: September 19, 2025

GRAVEL & SHEA PC

By:     /s/ Matthew Byrne
Matthew Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
mbyrne@gravelshea.com


BRYAN CAVE LEIGHTON PAISNER LLP

By:  s/ Jonathan G. Fetterly
Jonathan G. Fetterly (admitted *pro hac vice*)
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: 415-675-3400
jon.fetterly@bclplaw.com


*Counsel for Plaintiffs*

STATE OF VERMONT
CHARITY R. CLARK
ATTORNEY GENERAL

By:     /s/ David Groff
David Groff, Esq.
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-1101
debbie.stevens@vermont.gov

*Counsel for Defendants*